IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:23-cr-20010-DDC |
| ) | |
| CYRIL GREGORY BUYANOVSKY, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CYRIL BUYANOVSKY'S
<u>UNOPPOSED MOTION TO CONTINUE SENTENCING</u>**

Cyril Buyanovsky, by and through undersigned counsel, respectfully moves this Court for an Order continuing his sentencing hearing from March 21, 2024 [Doc. 62], to a date in November 2024.

In support of this motion, Defendant states the following:

1. On December 19, 2023, Mr. Buyanovsky pled guilty to Count One pursuant to a Plea Agreement. Co-defendant Douglas Robertson presently is scheduled to proceed with trial in October 2024.

2. Mr. Buyanovsky presently is scheduled for sentencing on March 21, 2024.

3. Mr. Buyanovsky needs additional time to work with defense counsel on sentencing matters.

4. Mr. Buyanovsky's legal counsel would benefit from having access to the trial transcript from the October 2024 proceeding in order to present a comprehensive discussion of the case for purposes of a sentencing presentation.

5. The government does not object to continuing the sentencing hearing as described herein.

1

6. Mr. Buyanovsky requests the Court reschedule his sentencing hearing to sometime in November 2024, or as dictated by the Court's schedule.

**WHEREFORE**, the Defendant respectfully moves this Court for an Order continuing the sentencing hearing to November 2024, or as dictated by the Court's schedule.

Dated:  February 8, 2024                              Respectfully submitted,

**BERKOWITZ OLIVER LLP**

/s/ Jeffrey D. Morris
Jeffrey D. Morris, KS Bar No. 16123
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Telephone:    (816) 561-7007
Facsimile:    (816) 561-1888
Email:    jmorris@berkowitzoliver.com

**ZUCKERMAN SPAEDER LLP**

/s/ *Aitan D. Goelman*
Aitan D. Goelman, admitted pro hac vice
J. Benjamin Jernigan, admitted pro hac vice
1800 M Street, NW, Suite 1000
Washington, D.C. 20036
Telephone: 202-778-1999
Email: agoelman@zuckerman.com
             bjernigan@zuckerman.com

**COUNSEL FOR
CYRIL BUYANOVSKY**

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed electronically with the U.S. District Court for the District of Kansas with notice of case activity generated and sent electronically on this 8th day of February 2024, to all counsel of record in the case.

      /s/ Jeffrey D. Morris
      Attorney for Mr. Buyanovsky