**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA,

                Plaintiff,

v.

CYRIL GREGORY BUYANOVSKY (01),
DOUGLAS EDWARD ROBERTSON (02),
OLEG CHISTYAKOV (03),

                Defendants.

Case No. 23-20010-DDC

Attorneys for Plaintiff: Ryan Huschka, Scott C. Rask
Attorneys for Defendants: Jeffrey D. Morris (01)
Branden A. Bell (02)
James R. Campbell (03)

| JUDGE: | Daniel D. Crabtree | DATE: | 3/5/2026 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

# PRESENTENCING CONFERENCE

Defendant Buyanovsky appears not and waives appearance.  Defendant Robertson appears in person with counsel.  Defendant Chistyakov appears in person with counsel.

**The court sets the following schedule for defendant Buyanovsky:**

    Defendant's sentencing memorandum deadline:    April 24, 2026

    Government's response due:    May 8, 2026

    Sentencing Hearing:    June 9, 2026, at 1:30 p.m.

**The court sets the following schedule for defendant Robertson:**

    Defendant's sentencing memorandum deadline:    April 15, 2026

    Government's response due:    April 29, 206

    Sentencing Hearing:    June 9, 2026, at 1:30 p.m.

**The court sets the following schedule for defendant Chistyakov:**

    Defendant's revised sentencing memorandum deadline:    As soon as possible.

    Government's response due:    As soon as possible.

    Sentencing Hearing:    March 20, 2026, at 1:30 p.m.

Doc. 151 – Sealed Motion for Leave to File Under Seal Sentencing Memorandum and Request for Variance – **DENIED AS MOOT as set forth in full on the record.**

**Defendants remain on release.**